No. 94–8562. BRACY v. ARIZONA. Super. Ct. Ariz., Maricopa County. Certiorari denied.

No. 94–8579. SLOAN v. AMHERST COUNTY DEPARTMENT OF SOCIAL SERVICES ET AL. Sup. Ct. Va. Certiorari denied.

No. 94–8583. BRANSFORD ET AL. v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 94–8588. THOMPSON v. ALEXANDER ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8595. HENDERSON v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 94–8597. BUTLER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8612. HENSON v. MYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–8619. SHARP v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 94–8630. LUCIEN v. PAGE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 94–8634. LITMON v. YLST, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–8646. WATSON v. BALSAMO ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–8647. WORTHON v. CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–8649. JOHNSON v. ILLINOIS. App. Ct. Ill., 3d Dist. Certiorari denied.

No. 94–8651. WILBUR M. v. MENTAL HYGIENE LEGAL SERVICE. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.